KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kmburke@littler.com

Attorneys for Defendant
ACCEPTANCE NOW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROXANNE WHITTUM, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE NOW,<br><br>Defendant. | Case No. 2:18-cv-01574-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff ROXANNE WHITTUM, individually and on behalf of all and others similarly situated ("Plaintiff") and Defendant ACCEPTANCE NOW ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for September 12, 2018, for a period of 10 days, until September 24, 2018.[1] This is the first stipulation for an extension of time to file the first responsive pleading. Any and all defenses are preserved and retained and that no defense is waived by this request. Specifically, Defendant preserves its right to compel arbitration, which the Parties agree is expressly preserved and not waived.

///

---

[1] The 10th day falls on a Saturday so the extension is requested for the following business day of September 24, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request is made in good faith and not to cause unnecessary delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: September 11, 2018.

Respectfully submitted,

*/s/ Matthew I. Knepper, Esq.*
**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER, ESQ.

**KNEPPER & CLARK, LLC**
MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.

Attorneys for Plaintiff
ROXANNE WHITTUM

Dated: September 11, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
KAITLYN M. BURKE, ESQ.

Attorneys for Defendant
ACCEPTANCE NOW

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2018

Firmwide:156980985.1 999999.6640

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800