1  KAITLYN M. BURKE, ESQ., Bar # 13454
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:     702.862.8800
4  Fax No.:        702.862.8811
   Email:  kmburke@littler.com
5
   Attorneys for Defendant
6  ACCEPTANCE NOW

7

8                     UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11  ROXANNE WHITTUM, individually and
    on behalf of all and others similarly
12  situated,                                    Case No. 2:18-cv-01574-JAD-PAL

13              Plaintiff,             **STIPULATION AND ORDER TO EXTEND
                                       TIME TO FILE A RESPONSIVE
14  vs.                                PLEADING**

15  ACCEPTANCE NOW,                    **[SECOND REQUEST]**

16              Defendant.

17

18          Plaintiff ROXANNE WHITTUM, individually and on behalf of all and others similarly

19  situated ("Plaintiff") and Defendant RENT-A-CENTER, WEST, INC. d/b/a ACCEPTANCE NOW

20  WEST, LLC[1] ("Defendant" or "RAC"), by and through their respective counsel of record, hereby

21  request that the Court extend the deadline for Defendant to file its first responsive pleading, which is

22  currently set for September 24, 2018, for a period of 14 days, until October 8, 2018.  This is the

23  second stipulation for an extension of time to file the first responsive pleading.  Any and all defenses

24  are preserved and retained and that no defense is waived by this request. Specifically, Defendant

25  preserves its right to compel arbitration, which the Parties agree is expressly preserved and not

26  waived.

27

28  _____
    [1] Plaintiff incorrectly identified RAC as Acceptance Now.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not to cause unnecessary delay as Defendant has identified the existence of an Arbitration Agreement that it contends covers the claims at issue in this matter. The Parties are currently working in good faith to discuss this case and the issues related to Defendant's contention that this matter is subject to arbitration. As a result, the extension requested is for a limited and reasonable amount of time to provide the Parties with the opportunity to fully and properly discuss these issues, as well as others related to the allegations of the Complaint.

Dated: September 20, 2018.

Respectfully submitted,


/s/ Miles N. Clark, Esq.
**KNEPPER & CLARK, LLC**
MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.

**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER, ESQ.

Attorneys for Plaintiff
ROXANNE WHITTUM

Dated: September 20, 2018.

Respectfully submitted,


/s/ Kaitlyn M. Burke, Esq.
**LITTLER MENDELSON, P.C.**
KAITLYN M. BURKE, ESQ.

Attorneys for Defendant
ACCEPTANCE NOW

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2018

FIRMWIDE:157122494.1 999999.6640

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800