1  KAITLYN M. BURKE, ESQ., Bar # 13454
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811
   Email:  kmburke@littler.com
5
   Attorneys for Defendant
6  ACCEPTANCE NOW

7

8                      UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11  ROXANNE WHITTUM, individually and
    on behalf of all and others similarly
12  situated,                                  Case No. 2:18-cv-01574-JAD-PAL

13                 Plaintiff,                   **STIPULATION AND ORDER TO EXTEND
                                               TIME TO FILE A RESPONSIVE
14  vs.                                        PLEADING**

15  ACCEPTANCE NOW,                            **[THIRD REQUEST]**

16                 Defendant.

17

18
          Plaintiff ROXANNE WHITTUM, individually and on behalf of all and others similarly
19
    situated ("Plaintiff") and Defendant RENT-A-CENTER, WEST, INC. d/b/a ACCEPTANCE NOW
20
    WEST, LLC[1] ("Defendant" or "RAC"), by and through their respective counsel of record, hereby
21
    request that the Court extend the deadline for Defendant to file its first responsive pleading, which is
22
    currently set for October 8, 2018, for a period of 30 days, until November 7, 2018.  This is the third
23
    stipulation for an extension of time to file the first responsive pleading.  Any and all defenses are
24
    preserved and retained and that no defense is waived by this request. Specifically, Defendant
25
    preserves its right to compel arbitration, which the Parties agree is expressly preserved and not
26
    waived.
27

28  ---
    [1] Plaintiff incorrectly identified RAC as Acceptance Now.

LITTLER MENDELSON, P.C.
      Attorneys At Law
3960 Howard Hughes Parkway
         Suite 300
  Las Vegas, NV  89169-5937
       702.862.8800

This request is made in good faith and not to cause unnecessary delay as Defendant has identified the existence of an Arbitration Agreement that it contends covers the claims at issue in this matter. The Parties are currently working in good faith to discuss this case and the issues related to Defendant's contention that this matter is subject to arbitration. As a result, the extension requested is for a limited and reasonable amount of time to provide the Parties with the opportunity to fully and properly discuss these issues, as well as others related to the allegations of the Complaint.

Dated: October 3, 2018.                         Dated: October 3, 2018.

Respectfully submitted,                          Respectfully submitted,


/s/ Miles N. Clark, Esq.                          /s/ Kaitlyn M. Burke, Esq.
**KNEPPER & CLARK, LLC**                          **LITTLER MENDELSON, P.C.**
MATTHEW I. KNEPPER, ESQ.                          KAITLYN M. BURKE, ESQ.
MILES N. CLARK, ESQ.
                                                  Attorneys for Defendant
**HAINES & KRIEGER, LLC**                         ACCEPTANCE NOW
DAVID H. KRIEGER, ESQ.

Attorneys for Plaintiff
ROXANNE WHITTUM

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.


UNITED STATES MAGISTRATE JUDGE

DATED: ___October 11, 2018_____

FIRMWIDE:158025419.1 070527.1126

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800