Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROXANNE WHITTUM,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCEPTANCE NOW,<br><br>Defendants. | Case No.: 2:18-cv-01574-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MOTION TO STRIKE [FIRST REQUEST]** |

Plaintiff Roxanne Whittum ("Plaintiff"), by and through her counsel of record, and Defendant Acceptance Now West LLC ("Acceptance") have agreed and stipulated to the following:

1. On August 21, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MOTION TO STRIKE [FIRST REQUEST] - 1

2. On November 7, 2018, Acceptance filed a Motion to Dismiss the Complaint [ECF Dkt.12], or in the alternative, Motion to Strike Class Allegations [ECF Dkt. 14].

3. On November 20, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 18].

4. On December 4, 2018 Acceptance filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 19], or in the alternative, Motion to Strike Class Allegations in the Amended Complaint [ECF Dkt. 20].

5. Plaintiff's Response to the Motion to Dismiss, or in the alternative, Motion to Strike is due December 18, 2018.

6. Plaintiff and Acceptance have agreed to extend Plaintiff's response thirteen days in order to allow Plaintiffs' counsel additional time to evaluate the merits of the motions and formulate an appropriate response. As a result, both Plaintiff and Acceptance hereby request this Court to further extend the date for Plaintiff to respond to Acceptance's Motion to Dismiss, or in the alternative, Motion to Strike Plaintiff's Amended Complaint until **December 31, 2018** and to extend Acceptance's date to file its Reply in Support of Motion to Dismiss, or in the alternative, Motion to Strike Plaintiff's Amended Complaint until **January 11, 2019**. This stipulation is made in good faith, is

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MOTION TO STRIKE [FIRST REQUEST] - 2

not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated December 17, 2018.

| /s/ *Miles N. Clark* | /s/ *Michael Paretti* |
|---|---|
| Matthew I. Knepper, Esq. | Richard C. Gordon, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9036 |
| Miles N. Clark, Esq. | Michael Paretti, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13926 |
| KNEPPER & CLARK LLC | SNELL & WILMER LLP |
| 10040 W. Cheyenne Ave., Suite 170-109 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| Las Vegas, NV 89129 | Las Vegas, NV 89169 |
| | Email: rgordon@swlaw.com |
| David H. Krieger, Esq. | Email: mparetti@swlaw.com |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | *Attorneys for Defendant* |
| 8985 S. Eastern Avenue, Suite 350 | *Acceptance Now West LLC* |
| Henderson, Nevada 89123 | |
| | |
| *Attorneys for Plaintiff* | |

*Whittum v. Acceptance Now*
2:18-cv-01574-RFB-PAL

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of December, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MOTION TO STRIKE [FIRST REQUEST] - 3