Richard C. Gordon, Esq.
Nevada Bar No. 9036
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.(702) 784-5200
Fax. (702) 784-5252
rgordon@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant Acceptance Now West LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROXANNE WHITTUM, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE NOW,<br><br>Defendant. | CASE NO.: 2:18-cv-01574-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT ACCEPTANCE NOW WEST LLC'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Plaintiff Roxanne Whittum and Defendant Acceptance Now West LLC ("Acceptance Now"), through their respective counsel, stipulate and agree as follows:

1. Acceptance Now filed a Motion to Stay Discovery Pending Resolution of Dispositive Motions [ECF No. 32] ("Motion to Stay") on March 25, 2019.

2. On June 25, 2019, the Court set a hearing on the Motion to Stay for July 1, 2019, at 10:00 a.m. [ECF No. 39].

3. Counsel for Acceptance Now has pre-existing family travel plans that conflict with the current hearing date on the Motion to Stay.

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

4. Further, lead counsel for Plaintiff Roxanne Whittum is unavailable for a hearing the week of July 8, 2019, as he will be out of the country on a pre-planned vacation from July 3-12.

5. Accordingly, the parties request to continue the hearing on the Motion to Stay to the Court's earliest availability on or after July 15, 2019.

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on Acceptance Now's Motion to Stay Discovery Pending Resolution of Dispositive Motions [ECF No. 32], currently scheduled for July 1, 2019 at 10:00 a.m. is continued to **July 19, 2019, at 10:00 a.m.** in LV Courtroom 3B before Magistrate Judge Brenda Weksler.

DATED this 28th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2019.
KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
Matthew I. Knepper (NV Bar No. 12796)
Miles N. Clark (NV Bar No. 13848)
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
*Attorneys for Plaintiff Roxanne Whittum*

Dated: June 27, 2019.
SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Richard C. Gordon (NV Bar No. 9036)
Michael Paretti (NV Bar No. 13926)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Acceptance Now*