Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROXANNE WHITTUM,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCEPTANCE NOW,<br><br>    Defendants. | Case No.: 2:18-cv-01574-RFB-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACCEPTANCE NOW, WITH PREJUDICE** |

    PLEASE TAKE NOTICE that Plaintiff Roxanne Whittum ("Plaintiff") and Defendant Acceptance Now hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

    There are no longer any issues in this matter between Plaintiff and Acceptance Now to be

STIPULATION AND ORDER DISMISSING ACCEPTANCE NOW, WITH PREJUDICE - 1

determined by the Court, and Acceptance Now is the only remaining defendant. Plaintiff hereby stipulates that all of her claims and causes of action against Acceptance Now, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.
    Dated November 14, 2019.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Michael Paretti* |
| Matthew I. Knepper, Esq. | Richard C. Gordon, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9036 |
| Miles N. Clark, Esq. | Michael Paretti, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13926 |
| 5510 So. Fort Apache Rd, Suite 30 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| Las Vegas, NV 89148 | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: rgordon@swlaw.com |
| Email: miles.clark@knepperclark.com | Email: mparetti@swlaw.com |
| | |
| **HAINES & KRIEGER LLC** | Becca J. Wahlquist, Esq. |
| David H. Krieger, Esq. | (*Admitted Pro Hac Vice*) |
| Nevada Bar No. 9086 | 350 S. Grand Ave. # 3100 |
| 8985 S. Eastern Avenue, Suite 350 | Los Angeles, CA 90071-3406 |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Attorneys for Defendant Acceptance Now* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF ACCEPTANCE NOW, WITH PREJUDICE

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

    DATED this  15th day of November, 2019.

STIPULATION AND ORDER DISMISSING ACCEPTANCE NOW, WITH PREJUDICE - 2